02-12-131-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00131-CV

 

 


 
 
 In re Kaveh Barakhshan and Hamid Barakhshan
 
 
  
 
 
 RELATORS
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relators’ petition for writ of mandamus and the response
to the petition for writ of mandamus filed by the real parties in interest. 
Because the trial court has entered an order vacating its March 29, 2012
Temporary Restraining Order, Order on Expedited Discovery and Orders on
Accounting, this court is of the opinion that relief should be denied as moot. 
Accordingly, we lift our April 5, 2012 stay order and deny relators’ petition
for writ of mandamus as moot.

 

PER CURIAM

 

PANEL: 
GARDNER, J.; LIVINGSTON, C.J.; and MEIER, J.

 

DELIVERED: 
April 10, 2012









          [1]See
Tex. R. App. P. 47.4, 52.8(d).